# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )   |   |
| ) | |
| v.   ) | CRIMINAL NO. 14-00291-CG |
| ) | |
| KIMBERLY SMITH HASTIE and   ) | |
| JOHN MELVIN HASTIE JR.   ) | |

## UNITED STATES' MOTION TO CONTINUE TRIAL

Comes now the United States of America, by and through the United States Attorney for the Southern District of Alabama, and files this motion requesting that the trial be continued until the September term.   In the alternative, the United States would respectfully request a trial in the last week of August.

Both of the undersigned have prepaid, nonrefundable vacation scheduled in August.   One of the undersigned will be overseas the first two weeks in August, visiting family and attending the wedding of a close relative.   The other undersigned will be on family vacation the second and third week in August and helping his two children move at separate universities.

The United States has spoken with counsel for defendant Kim Hastie, which has indicated that it would likely not object to a trial in the last week of August but that it may object to a trial in the September term.   The United States has reached out to counsel for defendant John Hastie but does not know whether he has any objections.

Respectfully submitted on June 15, 2015.

                                               KENYEN R. BROWN
                                               UNITED STATES ATTORNEY

                                               By: */s/ GREGORY A. BORDENKIRCHER*
                                               Gregory A. Bordenkircher (BORDG3301)
                                               Assistant United States Attorney
                                               United States Attorney's Office
                                               63 South Royal Street, Suite 600

        Mobile, Alabama 36602
        Telephone: (251) 441-5845

        By: */s/ SINAN KALAYOGLU*
        Sinan Kalayoglu (kalas9469)
        Assistant United States Attorney
        United States Attorney's Office
        63 South Royal Street, Suite 600
        Mobile, Alabama 36602
        Telephone: (251) 441-5845

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 15, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record for the defendants.

        */s/ GREGORY A. BORDENKIRCHER*
        Gregory A. Bordenkircher
        Assistant United States Attorney


        */s/ SINAN KALAYOGLU*
        Sinan Kalayoglu
        Assistant United States Attorney